IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL FILE NO. |
| v. | 1:16-CR- 245-1-TWT |
| ERROL ALFRED, Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Defendant's pro se Motion for Early Termination of Supervised Release [Doc. 125] which is DENIED. The Defendant has not served sufficient time on supervised release to warrant early termination at this time.

SO ORDERED, this 18 day of May, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\16\16cr245-1\termsr.docx